# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

X Corp.
Plaintiff

v.

Civil Action No.

National Music Publishers' Association, et al.
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, X Corp.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

The parent corporation of X Corp. is X Holdings Corp. No other company owns 10% or more of X's stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

X Corp., X Holdings Corp., X.AI Holdings Corp., and X.AI Holdings Corp.'s shareholders.

|  |  |
|---|---|
| Date: | January 9, 2026 |
| Signature: | /s/ Alex More |
| Print Name: | Alex More |
| Bar Number: | 24065789 |
| Address: | 901 Main Street, Suite 5500 |
| City, State, Zip: | Dallas, TX, 75202 |
| Telephone: | 214.855.3053 |
| Fax: |  |
| E-Mail: | amore@ccsb.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.