**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| X CORP.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>NATIONAL MUSIC PUBLISHERS'<br>ASSOCIATION, INC., *et al*.,<br><br>    *Defendants*. | Case No. 3:26-cv-00047-B |

**JOINT MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT AND PROPOSED BRIEFING SCHEDULE**

The parties respectfully move for the Court to extend the deadline to file an initial responsive pleading up to and including April 2, 2026, and to approve the parties' proposed briefing schedule. Given the number of Defendants—43—and their varying deadlines to respond to the Complaint, such an order would promote efficiency among the parties and conserve the Court's resources by allowing it to consider any responsive motions at once. In support of this request, Defendants state the following:

1.    X Corp. filed this action against National Music Publishers' Association ("NMPA") and 42 music publishing companies alleging violations of the Sherman Act and various state law claims. ECF No. 1.

2.    On January 15, 2026, counsel for X sent waiver-of-service forms to 20 Defendants: NMPA; Abkco Music, Inc.; Anthem Entertainment, L.P.; Big Machine Music, LLC; BMG Rights Management (US) LLC; Concord Music Group, Inc.; Downtown Music Publishing LLC; Kobalt Music Publishing America, Inc.; Lyric Copyright Services, LP (d/b/a Spirit Music Group); Mayimba Music, Inc.; Payday Music Publishing, LLC; Peer International Corporation; Peermusic,

1

LTD.; Peermusic III LTD.; Peertunes, LTD.; Reservoir Media Management, Inc.; Songs of Peer, LTD.; Southern Music Publishing Co., Inc.; The Royalty Network, Inc.; and Wixen Music Publishing, Inc.  These Defendants executed the forms and returned them to X, ECF Nos. 6–25, and their deadline to respond to the Complaint is March 16, 2026.  Fed. R. Civ. P. 12(a).

3.      On February 2, 2026, X served Songs of Universal, Inc. ("Songs of Universal") and Universal Music – MGB NA LLC ("Universal MGB").  Their deadline to respond to the Complaint is February 23, 2026.

4.      On February 3, 2026, X served Polygram Publishing, Inc. ("Polygram"); Universal Music Corp. ("UMC"); Universal Music – Z Tunes LLC ("Z Tunes"); Universal Musica, Inc. ("Universal Musica," and together with Songs of Universal, Universal MGB, Polygram, UMC, and Z Tunes, the "Universal Defendants"); Colgems-EMI Music Inc.; EMI April Music Inc.; EMI Blackwood Music Inc.; EMI Consortium Music Publishing, Inc.; EMI Consortium Songs, Inc.; EMI Entertainment World Inc.; EMI Feist Catalog Inc.; EMI Mills Music Inc.; EMI U Catalog Inc.; Famous Music LLC; Hipgnosis Songs Group, LLC; Jobete Music Co., Inc.; Screen Gems-EMI Music Inc.; Sony Music Publishing (US) LLC; Stone Agate Music; Stone Diamond Music Corp. (collectively, the "Sony Defendants"); and Warner Chappell Music, Inc.  These Defendants' deadline to respond to the Complaint is February 24, 2026.

5.      Given that the Sony Defendants, the Universal Defendants, and Warner Chappell Music, Inc. have just recently engaged counsel, and that Defendants have varying deadlines to respond to the Complaint, Defendants seek additional time to respond to the Complaint and to ensure efficiency by having a common response date.  The parties have also agreed on a briefing schedule for any motions to dismiss or accompanying motions.

6.    Plaintiff and all Defendants therefore jointly propose the following briefing schedule:

- Motion(s) to Dismiss: April 2, 2026

- Plaintiff's Opposition(s): June 1, 2026

- Defendants' Reply(ies): June 18, 2026

The parties therefore respectfully request that the Court enter an order approving the parties' proposed briefing schedule in this matter, which provides Defendants an extension of time to file their initial responsive pleadings or motions through and until April 2, 2026.[1]

Dated:  February 19, 2026

Respectfully submitted,

/s/ Alex More
Alex More
Tex. Bar No. 24065789
Monica E. Gaudioso
Tex. Bar No. 24084570
CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, TX 75202
Telephone: (214) 855-3000
amore@ccsb.com
mgaudioso@ccsb.com

Craig M. Reiser
N.D. Tex. Bar No. 4886735NY
NY State Bar No. 4886735
Scott A. Eisman
N.D. Tex. Bar No. 4905287NY
NY State Bar No. 4905287
Christopher Erickson
N.D. Tex. Bar No. 5800628NY
NY State Bar No. 5800628
Isabella Schwarze
N.D. Tex. Bar No. 6224331NY

/s/ Leigha Simonton
Leigha Simonton
Tex. Bar No. 24033193
DYKEMA GOSSETT PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, TX 75201
Telephone: (214) 462-6444
Facsimile: (855) 261-8725
lsimonton@dykema.com

Christopher E. Ondeck*
Jaclyn Phillips*
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
jphillips@proskauer.com

David A. Munkittrick*
PROSKAUER ROSE LLP

---

[1] Defendants hereby reserve, and specifically do not waive any arguments, including as to proper service, jurisdiction, venue, and any other matters that could be raised under Federal Rules of Civil Procedure 12(b) in response to the Complaint.

NY State Bar No. 6224331
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
Telephone: (212) 728-2200
creiser@axinn.com
seisman@axinn.com
ischwarze@axinn.com

Bradley Justus
N.D. Tex. Bar No. 1007988DC
DC Bar No. 1007988
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
bjustus@axinn.com

*Attorneys for Plaintiff X Corp.*

Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
dmunkittrick@proskauer.com

*Attorneys for Defendants
National Music Publishers' Association,
Inc., Abkco Music, Inc., Anthem
Entertainment, L.P., Big Machine Music,
LLC, BMG Rights Management (US)
LLC, Concord Music Group, Inc.,
Downtown Music Publishing LLC, Kobalt
Music Publishing America, Inc., Lyric
Copyright Services, LP (d/b/a Spirit
Music Group), Mayimba Music, Inc.,
Payday Music Publishing, LLC, Peer
International Corporation, Peermusic,
LTD, Peermusic III LTD., Peertunes,
LTD., Reservoir Media Management, Inc.,
Songs of Peer, LTD., Southern Music
Publishing Co., Inc., The Royalty
Network, Inc., Warner Chappell Music,
Inc., and Wixen Music Publishing, Inc.*

*\* Pro Hac Vice Application Pending*


*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson
State Bar No. 20039200
TILLOTSON JOHNSON & PATTON
1201 Main Street, Suite 1300
Dallas, Texas 75202
214-382-3040
jtillotson@tillotsonlaw.com

Glenn D. Pomerantz\*
Kuruvilla J. Olasa\*
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
glenn.pomerantz@mto.com
kuruvilla.olasa@mto.com

4

Helen E. White*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001
Telephone: (202) 220-1100
helen.white@mto.com

*Attorneys for Defendants Polygram
Publishing, Inc., Songs of Universal, Inc.,
Universal Music Corp., Universal Music –
MGB NA LLC, Universal Music – Z Tunes
LLC, Universal Musica, Inc.*

*\* Pro Hac Vice Application Forthcoming*


*/s/ E. Leon Carter*
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterarnett.com
Linda R. Stahl
Texas Bar No. 00798525
Maria Zermeno
Texas Bar No. 24144700
mzermeno@carterarnett.com
CARTER ARNETT PLLC
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
T: 214.550.8188 | F. 214.550.8185

D. Bruce Hoffman (*pro hac vice*
application forthcoming)
Jacob M. Coate (*pro hac vice* application
forthcoming)
CLEARY GOTTLIEB STEEN & HAMILTON
LLP
2112 Pennsylvania Ave, NW
Washington, DC 20037
bhoffman@cgsh.com
jcoate@cgsh.com

*Attorneys for Colgems-EMI Music Inc.,
EMI April Music Inc., EMI Blackwood
Music Inc., EMI Consortium Music
Publishing, Inc., EMI Consortium Songs,*

5

*Inc., EMI Entertainment World Inc., EMI Feist Catalog Inc., EMI Mills Music Inc., EMI U Catalog Inc., Famous Music LLC, Hipgnosis Songs Group, LLC, Jobete Music Co., Inc., Screen Gems-EMI Music Inc., Sony Music Publishing (US) LLC, Stone Agate Music, Stone Diamond Music Corp.*

## CERTIFICATE OF CONFERENCE

I certify on February 11, 2026, counsel for X consented to the relief sought in this motion.

Dated:  February 19, 2026                          */s/ Leigha Simonton*
                                                   Leigha Simonton

## <u>CERTIFICATE OF SERVICE</u>

I certify on this 19th day of February 2026, I caused the foregoing to be electronically filed and served through the Court's ECF System.

Dated:  February 19, 2026                                      */s/ Leigha Simonton*
                                                                              Leigha Simonton