**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| X CORP. | § |
| *Plaintiff* | § |
| | § |
| | § |
| v. | § Case No. 26-cv-00047 |
| | § |
| NATIONAL MUSIC PUBLISHERS' | § |
| ASSOCIATION, INC., ET AL. | § |
| *Defendant* | § |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Proskauer Rose LLP                                                                                          , with offices at

1001 Pennsylvania Ave, N.W., Suite 600 South
(Street Address)

Washington                                          DC                      20004
(City)                                              (State)                 (Zip Code)

(202) 416-5807                                      (202) 416-6899
(Telephone No.)                                     (Fax No.)

**II.**     Applicant will sign all filings with the name  Jaclyn Phillips                                          .

**III.**     Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

See Attachment A.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

_____District of Columbia_____, where Applicant regularly practices law.

Bar license number: _1035068_    Admission date: _10/17/2016_

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

Court:                          Admission Date:                          Active or Inactive:

_See Attachment B._

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

N/A                         N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Leigha Simonton                                                   , who has offices at

Dykema Gossett PLLC, Comerica Bank Tower 1717 Main Street, Suite 4200
(Street Address)

Dallas                          Texas           75201
(City)                          (State)         (Zip Code)

214-462-6444                    855-261-8725
(Telephone No.)                 (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   19th   day of February                , 2026   .

Jaclyn Phillips
Printed Name of Applicant

_Jaclyn Phillips_
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.