**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| X CORP., <br><br>     *Plaintiff*, <br><br>     v. <br><br> NATIONAL MUSIC PUBLISHERS' ASSOCIATION, INC., *et al.*, <br><br>     *Defendants*. | Case No. 3:26-cv-00047-B |

## <u>JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(A)(1)(A)(ii)</u>

Plaintiff X Corp. ("Plaintiff") and Defendants National Music Publishers' Association, Inc.; ABKCO Music, Inc.; Anthem Entertainment L.P.; Big Machine Music, LLC; BMG Rights Management (US) LLC; Colgems-EMI Music Inc.; Concord Music Group, Inc.; Downtown Music Publishing LLC; EMI April Music Inc.; EMI Blackwood Music Inc.; EMI Consortium Music Publishing, Inc.; EMI Consortium Songs, Inc.; EMI Entertainment World Inc.; EMI Feist Catalog Inc.; EMI Mills Music Inc.; EMI U Catalog Inc.; Famous Music LLC; Hipgnosis Songs Group, LLC; Jobete Music Co., Inc.; Kobalt Music Publishing America, Inc.; Lyric Copyright Services, LP; Mayimba Music, Inc.; Payday Music Publishing, LLC; Peer International Corporation; Peermusic, Ltd.; Peermusic III, Ltd.; Peertunes, Ltd.; Polygram Publishing, Inc.; Reservoir Media Management, Inc.; Screen Gems-EMI Music Inc.; Songs of Peer, Ltd.; Songs of Universal, Inc.; Sony Music Publishing (US) LLC; Southern Music Publishing Co., Inc.; Stone Agate Music; Stone Diamond Music Corp.; The Royalty Network, Inc.; Universal Music Corp.; Universal Music – MGB NA LLC; Universal Music – Z Tunes LLC; Universal Musica, Inc.; Warner Chappell Music,

Inc.; and Wixen Music Publishing, Inc. (collectively, "Defendants") hereby jointly stipulate to dismissal of all claims in this matter with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side bearing its own costs, expenses, and attorneys' fees.

Dated: July 16, 2026

Respectfully submitted,

*/s/ Craig M. Reiser*
Craig M. Reiser
N.D. Tex. Bar No. 4886735NY
NY State Bar No. 4886735
Scott A. Eisman
N.D. Tex. Bar No. 4905287NY
NY State Bar No. 4905287
Christopher Erickson
N.D. Tex. Bar No. 5800628NY
NY State Bar No. 5800628
Isabella Schwarze
N.D. Tex. Bar No. 3224331NY
NY State Bar No. 6224331
AXINN LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111
Telephone: (212) 728-2200
creiser@axinn.com
seisman@axinn.com
cerickson@axinn.com
ischwarze@axinn.com

*/s/ Bradley Justus*
Bradley Justus
N.D. Tex. Bar No. 1007988DC
DC Bar No. 1007988
AXINN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
bjustus@axinn.com

*/s/ Alex More*
Alex More
Tex. Bar No. 24065789
Monica E. Gaudioso
Tex. Bar No. 24084570
CARRINGTON, COLEMAN,

SLOMAN & BLUMENTHAL, L.L.P.
2200 Ross Avenue, Suite 1800
Dallas, TX 75201
Telephone: (214) 855-3000
amore@ccsb.com
mgaudioso@ccsb.com

*Attorneys for Plaintiff X Corp.*


*/s/ Christopher E. Ondeck*
Christopher E. Ondeck*
DC Bar No. 454014
Jaclyn Phillips*
DC Bar No. 1035068
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, NW, Suite 600 S
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
jphillips@proskauer.com

David A. Munkittrick*
NY Bar No. 4918678
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
dmunkittrick@proskauer.com

Leigha Simonton
Tex. Bar No. 24033193
DYKEMA GOSSETT PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, TX 75201
Telephone: (214) 462-6444
Facsimile: (855) 261-8725
lsimonton@dykema.com

*Attorneys for Defendants*
*National Music Publishers' Association, Inc.,*
*ABKCO Music, Inc., Anthem Entertainment,*
*L.P., Big Machine Music, LLC, BMG Rights*

*Management (US) LLC, Concord Music Group, Inc., Downtown Music Publishing LLC, Kobalt Music Publishing America, Inc., Lyric Copyright Services, LP, Mayimba Music, Inc., Payday Music Publishing, LLC, Peer International Corporation, Peermusic, Ltd., Peermusic III, Ltd., Peertunes, Ltd., Reservoir Media Management, Inc., Songs of Peer, Ltd., Southern Music Publishing Co., Inc., The Royalty Network, Inc., Warner Chappell Music, Inc., and Wixen Music Publishing, Inc.*

*\*Admitted Pro Hac Vice*

*/s/ Kuruvilla J. Olasa*
Kuruvilla J. Olasa*
Glenn D. Pomerantz*
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
kuruvilla.olasa@mto.com
glenn.pomerantz@mto.com

Helen E. White*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001
Telephone: (202) 220-1100
helen.white@mto.com

Jeffrey M. Tillotson
State Bar No. 20039200
TILLOTSON JOHNSON & PATTON
1201 Main Street, Suite 1300
Dallas, Texas 75202
214-382-3040
jtillotson@tillotsonlaw.com

*Attorneys for Defendants Polygram Publishing, Inc., Songs of Universal, Inc., Universal Music Corp., Universal Music – MGB NA LLC, Universal Music – Z Tunes LLC, Universal Musica, Inc.*

*Admitted Pro Hac Vice*

/s/ D. Bruce Hoffman
D. Bruce Hoffman (admitted *pro hac vice*)
Jacob M. Coate (admitted *pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave, NW
Washington, DC 20037
bhoffman@cgsh.com
jcoate@cgsh.com

E. Leon Carter
Texas Bar No. 03914300
lcarter@carterarnett.com
Linda R. Stahl
Texas Bar No. 00798525
Maria Zermeno
Texas Bar No. 24144700
mzermeno@carterarnett.com
CARTER ARNETT PLLC
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
T: 214.550.8188 | F. 214.550.8185

*Attorneys for Defendants Colgems-EMI Music Inc., EMI April Music Inc., EMI Blackwood Music Inc., EMI Consortium Music Publishing, Inc., EMI Consortium Songs, Inc., EMI Entertainment World Inc., EMI Feist Catalog Inc., EMI Mills Music Inc., EMI U Catalog Inc., Famous Music LLC, Hipgnosis Songs Group, LLC, Jobete Music Co., Inc., Screen Gems-EMI Music Inc., Sony Music Publishing (US) LLC, Stone Agate Music, Stone Diamond Music Corp.*